9 F.3d 1540
 Larkin (Delmer C., II)
v.
Union National Corporation, Buchanan Ingersol, P.C., Wash.
Cnty., Industrial Dev. Auth., Gilmore (David, Hon.), Mascara
(Frank), Paluso (Edward), Petrosky (Metro, Jr.), t/a Wash.
Cnty. Comm., PA. Dept. of Commerce, Aderholt (Danny), Amos
(William E., Jr., Dr.), Bruni (Joseph), Mozzoni (Rinaldo),
Norton (Howard), Ruschel (William), t/a Wash. Partners,
Pettit (John), Retos (George, Jr.), Ceisler (Robert),
Benedict (Al), Mazotta & Assoc., P.C., Boyer (W.
 NO. 92-3662
 United States Court of Appeals,
Third Circuit.
 Oct 05, 1993
 
 Appeal From: W.D.Pa.,
 Lewis, J.
 
 
 1
 AFFIRMED.